

# Fourth Court of Appeals
## San Antonio, Texas

August 1, 2016

No. 04-16-00483-CV

**IN RE HANSZEN LAPORTE**, L.L.P.

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Sandee Bryan Marion, Chief Justice
                Marialyn Barnard, Justice
                Luz Elena D. Chapa, Justice

On July 28, 2016, relator Hanszen Laporte, L.L.P. filed a petition for writ of mandamus and a motion for emergency stay pending a ruling on the mandamus petition. The court has considered the petition for writ of mandamus and is of the opinion that the court lacks jurisdiction. Accordingly, the petition for writ of mandamus and motion for emergency stay are DISMISSED FOR WANT OF JURISDICTION. The court's opinion will issue at a later date.

It is so **ORDERED** on August 1, 2016.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of August, 2016.

_____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 12-05-27517, styled *Maria Elena Salas Munoz, et al v. Damlier Trucks North America, LLC et al*, pending in the 293rd Judicial District Court, Maverick County, Texas, the Honorable Cynthia L. Muniz presiding.